**EXHIBIT A**

## EJAZ DYEING & FINISHING MILLS (PVT) LTD.

FACTORY : 10 KM RAIWIND ROAD LAHORE,PAKISTAN , PH:111-688-700
HEAD OFFICE : 34/E-1, MAIN GULBERG III, LAHORE, PAKISTAN
TEL : 111-699-699, 5760090, FAX : 5712563

| MANUFACTURERS NAME & ADDRESS |
|---|
| EJAZ DYEING & FINISHING MILLS (PVT) LTD |
| 10 KM RAIWIND ROAD LAHORE PAKISTAN |
| PH # 091-042-111 688 700 |

| MID # : PKEJADYE10LAH |
|---|

## COMMERCIAL INVOICE

| NUMBER | EDFMB1-MBM06 |
|---|---|
| DATE | 30-Nov-06 |

| For Account & Risk of | | | | P.O # | 992 |
|---|---|---|---|---|---|
| BLUE MARLIN CORP | | | | STYLE # | A7NT102, A7NP102, A7NT302, A7NP202 |
| 299 KANSAS STREET | | | | TERMS | 45 DAYS D.A |
| SANFRINSISCO, CA 94103 | | | | | |
| | | | | | FORM "E" # PCC 0125133 DATED 29-11-06 TOTAL CTNS 4511 TOTAL PCS 36,088 US$: 129,525.60 |
| CONSIGNEE | | | | | FORM "E" # PCC 0125132 DATED 29-11-06 TOTAL CTNS 5545 TOTAL PCS 44,360 US$ :158,064.00 |
| BLUE MARLIN CORP | | | | SHIP FROM | KARACHI, PAKISTAN |
| 299 KANSAS STREET | | | | FINAL DESTINATION | LONGBEACH , USA |
| SANFRINSISCO, CA 94103 | | | | SHIP BY | SEA |
| | | | | TERMS | FOB |

| SHIPPING MARKS | DESCRIPTION | | | QUANTITY IN PCS | UNIT PRICE IN US$ | TOTAL PRICE IN US$ |
|---|---|---|---|---|---|---|
| | MENS 100% COTTON S/S CREW NECK KNITTED SHIRTS | | | | | |
| BRONX SUPPLY CORP | | | | | | |
| P O NO | P.O # | B.M STYLE # | W.M STYLE # | | | |
| QTY | 992 | A7NT102 | NB17C502 | 20,088 | $3.45 | $69,303.60 |
| CARTON NO | | A7NP102 | NB17C500 | 20,088 | $3.70 | $74,325.60 |
| G.WT | 992 | A7NT302 | NB17C511 | 20,184 | $3.45 | $69,634.80 |
| NET WT | 992 | A7NP202 | NB17C506 | 20,088 | $3.70 | $74,325.60 |
| MEASUREMENT | | | | | | |
| COUNTRY OF ORIGIN | | | | | | |
| PAKISTAN | | | | | | |
| | TOTAL PIECES | | 80,448 PCS | | | |
| | TOTAL CARTONS | | 10,056 CTNS | | | |
| | TOTAL NET WT | | 16,592 KGS | | | |
| | TOTAL GROSS WT | | 29,665 KGS | | | |

| US DOLLARS : TWO HUNDRED EIGHTY SEVEN THOUSAND FIVE HUNDRED EIGHTY NINE & CENTS SIXTY ONLY. | 80,449 PCS | | $287,589.60 |
|---|---|---|---|

CERTIFIED THAT GOODS ARE OF PAKISTAN ORIGIN.

for EJAZ DYEING & FINISHING MILLS (PVT) LTD

AUTHORISED SIGNATURE

LAHORE
(Pvt.) Ltd

# EJAZ DYEING & FINISHING MILLS (PVT) LTD.

FACTORY : 10 KM RAIWIND ROAD LAHORE,PAKISTAN , PH:111-688-700
HEAD OFFICE : 34/E-1, MAIN GULBERG III, LAHORE, PAKISTAN
TEL : 111-688-699, 5760090, FAX : 5712563

| MANUFACTURERS NAME & ADDRESS |
| EJAZ DYEING & FINISHING MILLS (PVT) LTD |
| 10 KM RAIWIND ROAD LAHORE PAKISTAN |
| PH # 091-042-111 688 700 |

|  | **COMMERCIAL INVOICE** | NUMBER | EDFM/90-MBM/06 |
| MID # : PKEJADYE10LAH | | DATE | 11-Dec-06 |

| For Account & Risk of | | P.O # | 992 |
| BLUE MARLIN CORP | | STYLE # | A7NT202 · |
| 299 KANSAS STREET | | TERMS | 45 DAYS D.A. |
| SANFRINSISCO, CA 94103 | | FORM 'E' # | PCC 0125143 |
| | | DATE | 9-Dec-06 |
| CONSIGNEE | | SHIP FROM | KARACHI, PAKISTAN |
| BLUE MARLIN CORP | | FINAL DESTINATION | LONGBEACH , USA |
| 299 KANSAS STREET | | SHIP BY | SEA |
| SANFRINSISCO, CA 94103 | | TERMS: | FOB |

| SHIPPING MARKS | DESCRIPTION | | | QUANTITY IN PCS | UNIT PRICE IN US$ | TOTAL PRICE IN US$ |
|---|---|---|---|---|---|---|
| | **MENS 100% COTTON S/S CREW NECK KNITTED SHIRTS** | | | | | |
| BLUE MARLIN CORP | P.O.# | B.M STYLE # | W.M STYLE # | | | |
| P.O  NO. | 992 | A7NT202 | NB17C503 | 20.088 | $3.45 | $69,303.60 |
| QTY | | | | | | |
| CARTON NO | | | | | | |
| G WT | | | | | | |
| NET WT | | | | | | |
| MEASUREMENT | | | | | | |
| COUNTRY OF ORIGIN | | | | | | |
| PAKISTAN | | | | | · | |
| | TOTAL PIECES      : | | 20,088  PCS | | | |
| | TOTAL CARTONS  : | | 2,511  CTNS | | · | |
| | TOTAL  NET   WT : | | 4,143  KGS | | | |
| | TOTAL GROSS WT : | | 6,854  KGS | | | |
| US DOLLARS : SIXTY NINE THOUSAND THREE HUNORED THREE & CNETS SIXTY ONLY.. | | | | 20,088 PCS | | $69,303.60  ↘ |

CERTIFIED THAT GOODS ARE OF PAKISTAN ORIGIN.

*for EJAZ DYEING & FINISHING MILLS*



**EJAZ DYEING & FINISHING MILLS (PVT) LTD.**
FACTORY : 10 KM RAIWIND ROAD LAHORE,PAKISTAN , PH:111-888-700
HEAD OFFICE : 34/E-1, MAIN GULBERG III, LAHORE, PAKISTAN
TEL : 111-699-699, 5760090, FAX : 5712563

| MANUFACTURERS NAME & ADDRESS | | COMMERCIAL INVOICE | | | | | |
|---|---|---|---|---|---|---|---|
| E / DYEING & FINISHING MILLS (PVT) LTD | | | | | | | |
| 10 KM RAIWIND ROAD LAHORE PAKISTAN | | | | | | | |
| PH # 091-042-111 688 700 | | | | | | NUMBER | EDFM/100 MBM/06 |
| MID # : PKEJAOYE10LAH | | | | | | DATE | 26-Dec-06 |

| For Account & Risk of | | | P.O # | 992 | |
|---|---|---|---|---|---|
| BLUE MARLIN CORP | | | STYLE # | A7NP302 | |
| 299 KANSAS STREET | | | TERMS | 45 DAYS D.A. | |
| SANFRINSISCO, CA 94103 | | | FORM 'E' # | PCC-0125127 | |
| CONSIGNEE | | | DATE: | 23-Dec-06 | |
| BLUE MARLIN CORP | | | SHIP FROM: | KARACHI, PAKISTAN | |
| 299 KANSAS STREET | | | FINAL DESTINATION | LONGBEACH , USA | |
| SANFRINSISCO, CA 94103 | | | SHIP BY: | SEA | |
| | | | TERMS: | C&F | |

| SHIPPING MARKS | DESCRIPTION | | | QUANTITY IN PCS | UNIT PRICE IN US$ | TOTAL PRICE IN US$ |
|---|---|---|---|---|---|---|
| | **MEN'S 100% COTTON S/S CREW NECK KNITTED SHIRTS** | | | | | |
| NO | **P.O.#** | **B.M STYLE #** | **W.M STYLE #** | | | |
| QTY | 992 | A7NP302 | NB17C510 | 19,936 | $3.70 | $73,763.20 |
| CARTON NO | | | | | | |
| G WT | | | | | | |
| NET WT | | | | | | |
| MEASUREMENT | | | | | | |
| COUNTRY OF ORIGIN | | | | | | |
| PAKISTAN | | | | | | |
| | TOTAL PIECES | | 19,936 PCS | | | |
| | TOTAL CARTONS | | 2,492 CTNS | | | |
| | TOTAL NET WT | | 4,111 KGS | | | |
| | TOTAL GROSS WT | | 7,352 KGS | | | |
| US DOLLARS : SEVENTY THREE THOUSAND SEVEN HUNDRED SIXTY THREE & CENTS TWENTY ONLY. | | | | 19,936 PCS | | $73,763.20 |

CERTIFIED THAT GOODS ARE OF PAKISTAN ORIGIN.

*for EJAZ DYEING & FINISHING MILLS (PVT) LTD.*

AUTHORIZED SIGNATURE

```
Page: 1                    BLUE MARLIN CORP.              P.O. #    992
                             299 KANSAS ST
                          SAN FRANCISCO, CA 94103

                          OVERSEAS PURCHASE ORDER #992

FACTORY:                                SHIP TO:
MATRIX SOURCING                         JAM-N/ BLUE MARLIN, INC.
NO. 10-11. BLOCK H-111                  2140 UNIVERSITY DRIVE
JOHAR TOWN .                            RANCHO DOMINGUEZ, CA 90220

LAHORE,
PAKISTAN

-----------------------------------------------------------------------------------
Order Date ETD Date   ETA Date  Carrier              Comment        Terms
08/01/2006 11/14/2006 12/10/2006 OCEAN               NOBO3 SET IN   CAA + 45 DAYS

Duty Category    Label                    Hang Tag             Packaging
                 NOBO                     NOBO                 SEE BELOW
-----------------------------------------------------------------------------------
                                                    TOTAL                  TOTAL
STYLE    COLOR     C  S     M     L     XL   UNITS  FOB PRICE      COST
======== ========= = ===== ===== ===== ===== ===== ========= ==========
NEW YORK STRIPE TEE                Memo: NB17C500
A7NP102  338 OLIVE C  2511  5022  7533  5022  20088    3.500    70308.00

NY ROCK PIECED STRIPE TEE         Memo: NB17C506
A7NP202  115 ARCTIC C  2511  5022  7533  5022  20088    3.500    70308.00

ROCK & ROLL PIECED STRIPE TEE     Memo: NB17C510
A7NP302  039 H GREY C  2511  5022  7533  5022  20088    3.500    70308.00

UNITED HAWK SEEDSTITCH TEE        Memo: NB17C502
A7NT102  A9 BLACK S C  2511  5022  7533  5022  20088    3.250    65286.00

LION CROWN SEEDSTITCH TEE         Memo: NB17C503
A7NT202  115 ARCTIC C  2511  5022  7533  5022  20088    3.250    65286.00

N.E SNAKE SEEDSTITCH TEE          Memo: NB17C511
A7NT302  416 BLUE A C  2511  5022  7533  5022  20088    3.250    65286.00

SKULL & SNAKE HOODIE              Memo: NB17C505
A7NH134  217 DK BWN C  2879  5758  5758  2879  17274    7.200   124372.80

575 MOTORCYCLE HOODIE             Memo: NB17C508
A7NH234  039 H GREY C  2879  5758  5758  2879  17274    7.200   124372.80

                                                    --------          ----------
                                  Current Totals     155076           655527.60
                                  Additional Costs                         0.00
                                  Quota Cost                              0.00
                                                                   ==========
                                  P.O. Total                         655527.60

** Special Instructions *****************************************
```

<<< continued on the next page >>>

Page: 2                        BLUE MARLIN CORP.                    P.O. #      992
                                299 KANSAS ST
                            SAN FRANCISCO, CA 94103

                        OVERSEAS PURCHASE ORDER #992

FACTORY:                                    SHIP TO:
MATRIX SOURCING                             JAM-N/ BLUE MARLIN, INC.
NO. 10-11. BLOCK H-111                      2140 UNIVERSITY DRIVE
JOHAR TOWN .                                RANCHO DOMINGUEZ, CA 90220

LAHORE,
PAKISTAN

--------------------------------------------------------------------------------
Order Date ETD Date   ETA Date   Carrier              Comment        Terms
08/01/2006 11/14/2006 12/10/2006 OCEAN               NOBO3 SET IN   CAA + 45 DAYS

Duty Category    Label                 Hang Tag               Packaging
                 NOBO                  NOBO                   SEE BELOW
--------------------------------------------------------------------------------

** Special Instructions *****************************************


1)TESTING WILL NEED TO COMPLY TO "WAL*MART PHYSICAL TESTING PROGRAM FOR
APPAREL/ACCESORIES/SOKS" AS DATE REVISED :SEPTEMBER 2004.
2)APPAREL PERFORMANCE SPECIFICATIONS WILL NEED TO COMPLY TO CURRECT "WAL*MART
STORES APPAREL PERFORMANCE SPECIFICATIONS".
HANGER FOR TEE W491, 19" TOP HANGER.JACKET HANGER W529 ,19" HEAVY WEIGHT
HANGER.
ALL GARMETNS AS PER WAL*MART GARMENT PRESENTATION ADULT'S TOP.
PACKING AS PER WAL*MART FLOOR READY APPAREL-PACKING REQUIRMENTS.
HANGTAG USE 3" BLACK SWIFT ATTACH UNDER WEARER'S LEFT ARM.HANGTAG BARCODE MUST
BE VISIBLE.
TEE TOTAL 8PCS(1S-2M-3L-2XL)SINGLE STYLE IN ONE CARTON.(1S+3L) AND (2M+2XL)
PLACE THE OUTER POLYBAG OVER THE 4PIECE,
HOODIE TOTAL 6PCS(1S-2M-2L-1XL) SINGLE STYLE IN ONE POLYBAG AND THAN FOLD
GARMENT IN HALD BY BRINGING THE BCARTON AND THAN FOLD GARMENTS IN HALF BY
BOTTOM HEM UP TO THE TOP OF THE HANGER.DO NOT USE RUBBER BAND IN ONE CARTON.
MASTER CARTON MARKING :PRINT ON ONE(1) LONGEST SIDE OF EACH MASTER SHIPPING
CARTON.ONLY ONE LONGEST SIDE.
SHIPPING DEVIATION +/- 1% PER STYLE AND SIZE ONLY.

# EJAZ DYEING & FINISHING MILLS (PVT) LTD.

FACTORY : 10 KM RAIWIND ROAD LAHORE,PAKISTAN , PH:111-888-700
HEAD OFFICE : 34/E-1, MAIN GULBERG III, LAHORE, PAKISTAN
TEL : 111-699-699, 5760090, FAX : 5712583

**MANUFACTURERS NAME & ADDRESS**
EJAZ DYEING & FINISHING MILLS (PVT) LTD
10 KM RAIWIND ROAD LAHORE PAKISTAN
PH # 091-042-111 688 700

## COMMERCIAL INVOICE

MID # : PKEJADYE10LAH

| NUMBER | EDFM/77-MBM/06 |
|---|---|
| DATE | 4-Dec-06 |

For Account & Risk of
BLUE MARLIN CORP.
299 KANSAS STREET
SAN FRANCISCO , CA 94103

| P.O # | 993 |
|---|---|
| STYLE # | A7NP202 , A7NP302 , A7NT102 , A7NT202 , A7NP102 , A7NT202 |

| PAYMENT TERM | 10 DAYS D.A. |
|---|---|

| FORM 'E' # | PCC-0125140 |
|---|---|

SHIP TO
BLUE MARLIN INC.,
990A BEECHER ST.
SAN LEANDRO , CA 64577

| DATE: | 4-Dec-06 |
|---|---|
| SHIP FROM: | LAHORE, PAKISTAN |
| SHIP TO: | SAN FRANCISCO USA |
| SHIP BY: | AIR |
| TERMS: | FOB |

| SHIPPING MARKS | DESCRIPTION | | | QUANTITY IN PCS | UNIT PRICE IN US$ | TOTAL PRICE IN US$ |
|---|---|---|---|---|---|---|
| BLUE MARLIN INC | MENS 100% COTTON S/S CREW KNITTED SHIRTS.. | | | | | |
| P.O NO | P.O.# | B.M STYLE# | W.M STYLE# | | | |
| QTY | 993 | A7NP202 | NB17C506 | 720 | $3.70 | $2 664.00 |
| CARTON NO | 993 | A7NP302 | NB17C510 | 720 | $3.70 | $2 664.00 |
| G WT | 993 | A7NT102 | NB17C502 | 720 | $3.45 | $2 484.00 |
| NET WT | 993 | A7NT202 | NB17C503 | 720 | $3.45 | $2 484.00 |
| MEASUREMENT | 993 | A7NP102 | NB17C500 | 720 | $3.70 | $2 664.00 |
| COUNTRY OF ORIGIN | 993 | A7NT202 | NB17C511 | 720 | $3.45 | $2 484.00 |
| PAKISTAN | | | | | | |
| | TOTAL PIECES | | 4,320 PCS | | | |
| | TOTAL CARTONS | | 540 CTNS | | | |
| | TOTAL NET WT | | 891 KGS | | | |
| | TOTAL GROSS WT | | 1,560 KGS | | | |
| US DOLLARS  FIFTEEN THOUSAND FOUR HUNDRED FORTY FOUR ONLY. | | | | 4,320 PCS | | $15 444.00 |

CERTIFIED THAT GOODS ARE OF PAKISTAN ORIGIN.

for EJAZ DYEING & FINISHING MILLS (PVT)

```
Page: 1                    BLUE MARLIN CORP.              P.O. #     993
                              299 KANSAS ST
                           SAN FRANCISCO, CA 94103

                       OVERSEAS PURCHASE ORDER #993


FACTORY:                                 SHIP TO:
MATRIX SOURCING                          BLUE MARLIN, INC.
NO. 10-11. BLOCK H-111                   990A BEECHER ST.
JOHAR TOWN .                             SAN LEANDRO, CA 64577

LAHORE,
PAKISTAN

-------------------------------------------------------------------------------
Order Date ETD Date   ETA Date  Carrier          Comment        Terms
08/02/2006 10/24/2006 11/24/2006 OCEAN           NOBO3 NEW SET  CAA + 45 DAYS

Duty Category   Label                   Hang Tag             Packaging
                NOBO                    NOBO                 SEE BELOW
-------------------------------------------------------------------------------
                                               TOTAL                TOTAL
STYLE    COLOR     C   S    M    L    XL    UNITS   POB PRICE    COST
======== ========= = ===== ===== ===== ===== ======= ========== ==========
NEW YORK STRIPE TEE               Memo: NB17C500
A7NP102  338 OLIVE  C     90   180  270   180     720    3.500     2520.00

NY ROCK PIECED STRIPE TEE         Memo: NB17C506
A7NP202  115 ARCTIC C     90   180  270   180     720    3.500     2520.00

ROCK & ROLL PIECED STRIPE TEE     Memo: NB17C510
A7NP302  039 H GREY C     90   180  270   180     720    3.500     2520.00

UNITED HAWK SEEDSTITCH TEE        Memo: NB17C502
A7NT102  A9 BLACK S C     90   180  270   180     720    3.250     2340.00

LION CROWN SEEDSTITCH TEE         Memo: NB17C503
A7NT202  115 ARCTIC C     90   180  270   180     720    3.250     2340.00

N.E SNAKE SEEDSTITCH TEE          Memo: NB17C511
A7NT302  416 BLUE A C     90   180  270   180     720    3.250     2340.00

SKULL & SNAKE HOODIE              Memo: NB17C505
A7NH134  217 DK BWN C     90   180  180    90     540    7.200     3888.00

575 MOTORCYCLE HOODIE             Memo: NB17C508
A7NH234  039 H GREY C     90   180  180    90     540    7.200     3888.00

                                              --------        ----------
                               Current Totals     5400          22356.00
                               Additional Costs                     0.00
                               Quota Cost                           0.00
                                                              ==========
                               P.O. Total                       22356.00

** Special Instructions ****************************************
```

<<< continued on the next page >>>

Page: 2                          BLUE MARLIN CORP.                    P.O. #      993
                                   299 KANSAS ST
                              SAN FRANCISCO, CA 94103

                              OVERSEAS PURCHASE ORDER #993

FACTORY:                                       SHIP TO:
MATRIX SOURCING                                BLUE MARLIN, INC.
NO. 10-11. BLOCK H-111                         990A BEECHER ST.
JOHAR TOWN .                                   SAN LEANDRO, CA 64577

LAHORE,
PAKISTAN

-------------------------------------------------------------------------------------
Order Date ETD Date  ETA Date  Carrier              Comment          Terms
08/02/2006 10/24/2006 11/24/2006 OCEAN              NOBO3 NEW SET    CAA + 45 DAYS

Duty Category    Label              Hang Tag               Packaging
                 NOBO               NOBO                   SEE BELOW
-------------------------------------------------------------------------------------
** Special Instructions ******************************************

1)TESTING WILL NEED TO COMPLY TO "WAL*MART PHYSICAL TESTING PROGRAM FOR
APPAREL/ACCESORIES/SOKS" AS DATE REVISED :SEPTEMBER 2004.
2)APPAREL PERFORMANCE SPECIFICATIONS WILL NEED TO COMPLY TO CURRECT "WAL*MART
STORES APPAREL PERFORMANCE SPECIFICATIONS".
HANGER FOR TEE W491, 19" TOP HANGER.JACKET HANGER W529 ,19" HEAVY WEIGHT
HANGER.
ALL GARMETNS AS PER WAL*MART GARMENT PRESENTATION ADULT'S TOP.
PACKING AS PER WAL*MART FLOOR READY APPAREL-PACKING REQUIRMENTS.
HANGTAG USE 3" BLACK SWIFT ATTACH UNDER WEARER'S LEFT ARM.HANGTAG BARCODE MUST
BE VISIBLE.
TEE TOTAL 8PCS (1S-2M-3L-2XL) AND HOODIE TOTAL 6PCS(1S-2M-2L-1XL) SINGLE STYLE
IN ONE CARTON.TEE(1S+3L) AND (2M+2XL) AND HOODIE 6PCS(1-2-2-1)PLACE THE OUTER
POLYBAG OVER  AND THAN FOLD GARMENTS IN HALF BY BRINGING THE BOTTOM HEM UP TO
THE TOP OF THE HANGER.DO NOT USE RUBBER BAND.
MASTER CARTON MARKING :PRINT ON ONE(1) LONGEST SIDE OF EACH MASTER SHIPPING
CARTON.ONLY ONE LONGEST SIDE.
SHIPPING DEVIATION +/- 1% PER STYLE AND SIZE ONLY.

# EJAZ DYEING & FINISHING MILLS (PVT) LTD.

FACTORY : 10 KM RAIWIND ROAD LAHORE,PAKISTAN , PH:111-888-700
HEAD OFFICE : 34/E-1, MAIN GULBERG III, LAHORE, PAKISTAN
TEL : 111-699-699, 5760090, FAX : 8712563

## COMMERCIAL INVOICE

| MANUFACTURERS NAME & ADDRESS |
|---|
| EJAZ DYEING & FINISHING MILLS (PVT) LTD |
| 10 KM RAIWIND ROAD LAHORE PAKISTAN |
| PH # 091-042-111 888 700 |

| MID # : PKEJADYE10LAH |
|---|

| | NUMBER | EDFM/94-MBM/06 |
|---|---|---|
| | DATE | 18-Dec-06 |

| For Account & Risk of | | P.O # | 995 |
|---|---|---|---|
| BLUE MARLIN CORP | | STYLE # | A7NP102, A7NP202, A7NP302 ,A7NT102 ,A7NT202 ,A7NT302 |
| 299 KANSAS STREET | | TERMS | 45 DAYS D.A. |
| SANFRANSISCO, CA 94103 | | FORM 'E' # | PCC-0125147 |
| CONSIGNEE | | DATE | 16-Dec-06 |
| BLUE MARLIN CORP | | SHIP FROM: | KARACHI, PAKISTAN |
| 299 KANSAS STREET | | FINAL DESTINATION | LONGBEACH , USA |
| SANFRANSISCO, CA 94103 | | SHIP BY: | SEA |
| | | TERMS: | FOB |

| SHIPPING MARKS | DESCRIPTION | | | QUANTITY IN PCS | UNIT PRICE IN US$ | TOTAL PRICE IN US$ |
|---|---|---|---|---|---|---|
| BLUE MARLIN CORP | MENS 100% COTTON S/S CREW NECK KNITTED SHIRTS | | | | | |
| P.O NO | P.O.# | B.M STYLE # | W.M STYLE # | | | |
| QTY | 995 | A7NP102 | NB17C500 | 3,196 | $3.70 | $11,877.20 |
| CARTON NO | 995 | A7NT302 | NB17C511 | 3,276 | $3.45 | $11,302.20 |
| G WT | 995 | A7NT102 | NB17C502 | 3,060 | $3.45 | $10,557.00 |
| NET WT | 995 | A7NT202 | NB17C503 | 2,508 | $3.45 | $8,652.60 |
| MEASUREMENT | 995 | A7NP202 | NB17C506 | 2,580 | $3.70 | $9,546.00 |
| COUNTRY OF ORIGIN | 995 | A7NP302 | NB17C510 | 3,168 | $3.70 | $11,721.60 |
| PAKISTAN | | | | | | |
| | TOTAL PIECES : | | 17,748 PCS | | | |
| | TOTAL CARTONS : | | 1,479 CTNS | | | |
| | TOTAL NET WT : | | 3,649 KGS | | | |
| | TOTAL GROSS WT | | 5,128 KGS | | | |

| US DOLLARS : SIXTY THREE THOUSAND FOUR HUNDRED FIFTY SIX & CENTS SIXTY ONLY. | 17,748 PCS | | $63,456.60 |
|---|---|---|---|

CERTIFIED THAT GOODS ARE OF PAKISTAN ORIGIN

for EJAZ DYEING & FINISHING MILLS (PVT) LTD.

AUTHORIZED SIGNATURE

```
Page: 1                    BLUE MARLIN CORP.              P.O. #    995
                              299 KANSAS ST
                           SAN FRANCISCO, CA 94103

                         OVERSEAS PURCHASE ORDER #995
```



```
FACTORY:                                SHIP TO:
MATRIX SOURCING                         BLUE MARLIN, INC.
NO. 10-11. BLOCK H-111                  990A BEECHER ST.
JOHAR TOWN .                            SAN LEANDRO, CA 64577

LAHORE,
PAKISTAN
```

```
---------------------------------------------------------------------------
Order Date ETD Date  ETA Date  Carrier           Comment      Terms
08/02/2006 11/24/2006 12/24/2006 OCEAN           NOBO3 RELP   CAA + 45 DAYS

Duty Category   Label                 Hang Tag          Packaging
                NOBO                  NOBO              SEE BELOW
---------------------------------------------------------------------------
                                              TOTAL             TOTAL
STYLE   COLOR    C  S    M    L    XL   UNITS  FOB PRICE  COST
======= ========= = ===== ===== ===== ======= ========= ==========
NEW YORK STRIPE TEE             Memo: NB17C500
A7NP102 338 OLIVE  C    480  792 1104  792   3168   3.500   11088.00

NY ROCK PIECED STRIPE TEE       Memo: NB17C506
A7NP202 115 ARCTIC C    480  792 1104  792   3168   3.500   11088.00

ROCK & ROLL PIECED STRIPE TEE   Memo: NB17C510
A7NP302 039 H GREY C    480  792 1104  792   3168   3.500   11088.00

UNITED HAWK SEEDSTITCH TEE      Memo: NB17C502
A7NT102 A9 BLACK S C    480  792 1104  792   3168   3.250   10296.00

LION CROWN SEEDSTITCH TEE       Memo: NB17C503
A7NT202 115 ARCTIC C    480  792 1104  792   3168   3.250   10296.00

N.E SNAKE SEEDSTITCH TEE        Memo: NB17C511
A7NT302 416 BLUE A C    480  792 1104  792   3168   3.250   10296.00

SKULL & SNAKE HOODIE            Memo: NB17C505
A7NH134 217 DK BWN C    948 1572 2196 1572   6288   7.200   45273.60

575 MOTORCYCLE HOODIE           Memo: NB17C508
A7NH234 039 H GREY C    948 1572 2196 1572   6288   7.200   45273.60
                                              --------        ----------
                        Current Totals        31584           154699.20
                        Additional Costs                          0.00
                        Quota Cost                                0.00
                                                              ==========
                        P.O. Total                            154699.20

** Special Instructions *****************************************
```

<<< continued on the next page >>>

```
Page: 2                        BLUE MARLIN CORP.                P.O. #      995
                               299 KANSAS ST
                               SAN FRANCISCO, CA 94103

                         OVERSEAS PURCHASE ORDER #995

FACTORY:                                       SHIP TO:
MATRIX SOURCING                                BLUE MARLIN, INC.
NO. 10-11. BLOCK H-111                         990A BEECHER ST.
JOHAR TOWN .                                   SAN LEANDRO, CA 64577

LAHORE,
PAKISTAN

----------------------------------------------------------------------------------------
Order Date ETD Date   ETA Date   Carrier              Comment         Terms
08/02/2006 11/24/2006 12/24/2006 OCEAN                NOBO3 RELP      CAA + 45 DAYS

Duty Category    Label                  Hang Tag             Packaging
                 NOBO                   NOBO                 SEE BELOW
----------------------------------------------------------------------------------------

** Special Instructions ****************************************

1)TESTING WILL NEED TO COMPLY TO "WAL*MART STORES PHYSICAL TESTING PROGRAM FOR
APPAREL/ACCESSORIES/SOKS" AS DATE REVISED :SEPTEMBER 2004.
2)APPAREL PERFORMANCE SPECIFIACTIONS WILL NEED TO COMPLY TO CURRECT "WAL*MART
STORES APPAREL PERFORMANCE SPECIFICATIONS"
ALL GARMENTS AS PER WAL*MART GARMENT PERSENTATION ADULT'S TOP.
PACKING AS PER WAL*MART FLOOR READY APPAREL-PACKING REQUIRMENTS.
TEE HANGER W-491, 19" TOP HANGER.
JACKET W-529, 19" HEAVY WEIGHT TOP HANGER.
HANGTAG USE 3" BLACK SWIFT ATTACH UNDER WEARER'S LEFT ARM. HANGTAG BARCODE MUST
BE VISIBLE.
TOTAL 12PCS SINGLE STYLE AND SIZE IN ONE CARTON.TWO GARMENTS SAME STYLE AND
SIZE IN ONE POLYBAG AND HEAT-SEALED.THAN FOLD GARMENTS IN HALF BY BRINGING THE
BOTTOM HEM UP TO THE TOP OF HANGER.DO NOT USE RUBBER BANDS.
MASTER CARTON MARKING:PRINT ON ONE(1)LONGEST SIDE OF EACH MASTER SHIPPING
CARTON.ONLY ONE LONGEST SIDE.
SHIPPING DEVIATION +/- 1% PER STYLE AND SIZE ONLY.
```

# EJAZ DYEING & FINISHING MILLS (PVT) LTD.

FACTORY : 10 KM RAIWIND ROAD LAHORE,PAKISTAN , PH:111-688-700
HEAD OFFICE : 34/E-1, MAIN GULBERG III, LAHORE, PAKISTAN
TEL : 111-699-699, 5760090, FAX : 5712563

## COMMERCIAL INVOICE

| MANUFACTURERS NAME & ADDRESS |
| --- |
| EJAZ DYEING & FINISHING MILLS (PVT) LTD |
| 10 KM RAIWIND ROAD LAHORE PAKISTAN |
| PH # 091-042-111 688 700 |

| MID # : PKEJADYE10LAH |
| --- |

| NUMBER | EDFM/95-MBM/06 |
| --- | --- |
| DATE | 21-Dec-06 |

| For Account & Risk of | | P.O # | 997 |
| --- | --- | --- | --- |
| BLUE MARLIN CORP | | STYLE # | A7NP102, A7NP202, A7NP302 ,A7NT102 ,A7NT202 ,A7NT302 |
| 299 KANSAS STREET | | TERMS | 45 DAYS D.A. |
| SANFRINSISCO, CA 94103 | | FORM 'E' # | PCC-0125146 |
| | | DATE: | 20-Dec-06 |
| CONSIGNEE | | SHIP FROM: | KARACHI, PAKISTAN |
| BLUE MARLIN CORP | | FINAL DESTINATION | LONGBEACH , USA |
| 299 KANSAS STREET | | SHIP BY: | SEA |
| SANFRINSISCO, CA 94103 | | TERMS: | FOB |

| SHIPPING MARKS | DESCRIPTION | | | QUANTITY IN PCS | UNIT PRICE IN US$ | TOTAL PRICE IN US$ |
| --- | --- | --- | --- | --- | --- | --- |
| | MENS 100% COTTON S/S CREW NECK KNITTED SHIRTS | | | | | |
| BLUE MARLIN CORP | | | | | | |
| P.O. NO | P.O.# | B.M STYLE # | W.M STYLE # | | | |
| QTY | 997 | A7NP102 | NB17C500 | 2,592 | $3.70 | $9,590.40 |
| CTN NO | 997 | A7NT202 | NB17C503 | 2,448 | $3.45 | $8,445.60 |
| G.WT | 997 | A7NT302 | NB17C511 | 2,628 | $3.45 | $9,066.60 |
| NET WT | 997 | A7NT102 | NB17C502 | 2,484 | $3.45 | $8,569.80 |
| MEASUREMENT | 997 | A7NP202 | NB17C506 | 2,400 | $3.70 | $8,880.00 |
| COUNTRY OF ORIGIN | 997 | A7NP302 | NB17C510 | 2,544 | $3.70 | $9,412.80 |
| PAKISTAN | | | | | | |
| | TOTAL PIECES : | | 15,096 PCS | | | |
| | TOTAL CARTONS : | | 1,258 CTNS | | | |
| | TOTAL NET WT : | | 3,103 KGS | | | |
| | TOTAL GROSS WT : | | 4,361 KGS | | | |

| US DOLLARS : FIFTY THREE THOUSAND NINE HUNDRED SIXTY FIVE & CENTS TWENTY ONLY. | 15,096 PCS | | $53,965.20 |
| --- | --- | --- | --- |

CERTIFIED THAT GOODS ARE OF PAKISTAN ORIGIN.

for EJAZ DYEING & FINISHING MILLS (PVT) LTD.

AUTHORIZED SIGNATURE



```
Page: 1                    BLUE MARLIN CORP.           P.O. #      997
                              299 KANSAS ST
                           SAN FRANCISCO, CA 94103

                        OVERSEAS PURCHASE ORDER #997

FACTORY:                                  SHIP TO:
MATRIX SOURCING                           BLUE MARLIN, INC.
NO. 10-11. BLOCK H-111                    990A BEECHER ST.
JOHAR TOWN .                              SAN LEANDRO, CA 64577

LAHORE,
PAKISTAN

-------------------------------------------------------------------------------
Order Date ETD Date   ETA Date  Carrier              Comment      Terms
08/02/2006 12/26/2006 01/26/2006 OCEAN               NOBO3 RELP   CAA + 45 DAYS

Duty Category    Label                  Hang Tag             Packaging
                 NOBO                   NOBO                 SEE BELOW
-------------------------------------------------------------------------------
                                                  TOTAL              TOTAL
STYLE    COLOR      C  S    M     L     XL    UNITS  FOB PRICE    COST
======== ========== == ===== ===== ===== ===== ======== ========= ==========
NEW YORK STRIPE TEE             Memo: NB17C500
A7NP102  338 OLIVE  C    384   636   888   636   2544    3.500     8904.00

NY ROCK PIECED STRIPE TEE       Memo: NB17C506
A7NP202  115 ARCTIC C    384   636   888   636   2544    3.500     8904.00

ROCK & ROLL PIECED STRIPE TEE   Memo: NB17C510
A7NP302  039 H GREY C    384   636   888   636   2544    3.500     8904.00

UNITED HAWK SEEDSTITCH TEE      Memo: NB17C502
A7NT102  A9 BLACK S C    384   636   888   636   2544    3.250     8268.00

LION CROWN SEEDSTITCH TEE       Memo: NB17C503
A7NT202  115 ARCTIC C    384   636   888   636   2544    3.250     8268.00

N.E SNAKE SEEDSTITCH TEE        Memo: NB17C511
A7NT302  416 BLUE A C    384   636   888   636   2544    3.250     8268.00

SKULL & SNAKE HOODIE            Memo: NB17C505
A7NH134  217 DK BWN C    756  1260  1764  1260   5040    7.200    36288.00

575 MOTORCYCLE HOODIE           Memo: NB17C508
A7NH234  039 H GREY C    756  1260  1764  1260   5040    7.200    36288.00
                                                 --------         ----------
                             Current Totals      25344           124092.00
                             Additional Costs                         0.00
                             Quota Cost                               0.00
                                                                 ==========
                             P.O. Total                          124092.00

** Special Instructions ******************************************

             <<< continued on the next page >>>
```

Page: 2                          BLUE MARLIN CORP.                    P.O. #      997
                                   299 KANSAS ST
                              SAN FRANCISCO, CA 94103

                              OVERSEAS PURCHASE ORDER #997

FACTORY:                                         SHIP TO:
MATRIX SOURCING                                  BLUE MARLIN, INC.
NO. 10-11. BLOCK H-111                           990A BEECHER ST.
JOHAR TOWN .                                     SAN LEANDRO, CA 64577

LAHORE,
PAKISTAN

-----------------------------------------------------------------------------------------
Order Date ETD Date   ETA Date   Carrier             Comment          Terms
08/02/2006 12/26/2006 01/26/2006 OCEAN               NOBO3 RELP       CAA + 45 DAYS

Duty Category    Label                   Hang Tag            Packaging
                 NOBO                     NOBO               SEE BELOW
-----------------------------------------------------------------------------------------

** Special Instructions ****************************************

1)TESTING WILL NEED TO COMPLY TO "WAL*MART STORES PHYSICAL TESTING PROGRAM FOR
APPAREL/ACCESSORIES/SOKS" AS DATE REVISED :SEPTEMBER 2004.
2)APPAREL PERFORMANCE SPECIFIACTIONS WILL NEED TO COMPLY TO CURRECT "WAL*MART
STORES APPAREL PERFORMANCE SPECIFICATIONS"
ALL GARMENTS AS PER WAL*MART GARMENT PERSENTATION ADULT'S TOP.
PACKING AS PER WAL*MART FLOOR READY APPAREL-PACKING REQUIRMENTS.
TEE HANGER W-491, 19" TOP HANGER.
JACKET W-529, 19" HEAVY WEIGHT TOP HANGER.
HANGTAG USE 3" BLACK SWIFT ATTACH UNDER WEARER'S LEFT ARM. HANGTAG BARCODE MUST
BE VISIBLE.
TOTAL 12PCS SINGLE STYLE AND SIZE IN ONE CARTON.TWO GARMENTS SAME STYLE AND
SIZE IN ONE POLYBAG AND HEAT-SEALED.THAN FOLD GARMENTS IN HALF BY BRINGING THE
BOTTOM HEM UP TO THE TOP OF HANGER.DO NOT USE RUBBER BANDS.
MASTER CARTON MARKING:PRINT ON ONE(1)LONGEST SIDE OF EACH MASTER SHIPPING
CARTON.ONLY ONE LONGEST SIDE.
SHIPPING DEVIATION +/- 1% PER STYLE AND SIZE ONLY.

**EXHIBIT  B**

WAL★MART

# ETHICAL STANDARDS



| **Request Info** | | | | **Scheduling** | | | |
|---|---|---|---|---|---|---|---|
| Request Nbr | 131840 | Factory Id | 28062861 | Sched Date | 11/25/2006 GP Office | | |
| Importer of Rec | USA SUPPLIER | Supplier Id | 28055507 | Audit Firm | ITS | Primary Auditor | ITS |
| | | | | Actual Auditor | | Secondary Auditor ITS | |
| Retail Market | WAL-MART STORES INC. USA | Requestor Type | Supplier | | | | |
| Audit_type | INITIAL - NEW | Request Status | Audit Scheduled | | | | |

| **Supplier Details** | | | **Future PO Count** | |
|---|---|---|---|---|
| Name | BLUE MARLIN CORP | Phone | Supplier/Factory | 0 |
| Address | PO BOX 79 | Email | Future Factory PO Count 0 | |
| City | MEMPHIS TN | Fax | | |
| State/Prov | TN | Contact | | |
| Country | UNITED STATES | | | |

| **Factory Details** | | **Factory Details** | |
|---|---|---|---|
| **English** | | **Local Language** | |
| Name | EJAZ DYEING AND FINISHING MILLS | Name | EJAZ DYEING AND FINISHING MILLS |
| Address | 34/E. MAIN GULBERG III | Address | |
| City | LAHORE | City | |
| State/Prov | | State/Prov | |
| Country | PAKISTAN | Country | PAKISTAN |
| Phone | 92-42-111-699-699 | | |
| Fax | | | |
| Email | | | |
| Contact | | | |
| Importer of Record | USA SUPPLIER | | |

**Violations**

| SECTION | LABOR PRACTICE - BENEFITS |
|---|---|
| FAILURE TO PROVIDE LEGAL BENEFITS WITH NON-MONETARY VALUE | |
| Answer | YES |
| Pre Defined Comments | |
| Comments | 1. In accordance with Employees Old Age Benefits Act 1976 & Social Security Ordinance 1965 employer shall make contribution to such schemes for providing social benefits to its workers, and chapter-1 of Employees Old Age Benefits Act 1976 section-1 point-(4)(i) wherein ten or more persons are employed by the employer directly or through any other person whether on |

WAL·MART

# ETHICAL STANDARDS



behalf of himself or any other person or were so employed on any day during the preceding twelve months.

It was noted during documents review that factory was providing Employees Old Age Benefits to 161 employees and Social Security to 89 employees out of 1150 employees.

To conform to local law and Wal-Mart Standards for Suppliers, the factory should provide Employees Old Age Benefits and Social Security to all its eligible employees.

2. In accordance with the Industrial & Commercial Employment (Standing Orders) Ordinance, section 10-B, (1) the employer shall have all the permanent workmen employed by him insured against [natural death and disability and] death and injury arising out of contingencies not covered by the Workmen's compensation Act, 1923 or the Employee's Social Security Ordinance.

It was noted during documents review and management interview that employees were not covered by group insurance policy.

To conform to local law and Wal-Mart Standards for Suppliers, the factory should provide group insurance to its eligible employees.

| SECTION | LABOR PRACTICE - BENEFITS |
|---|---|

FAILURE TO PROVIDE LEGAL BENEFITS WITH MONETARY VALUE

| Answer | YES |
|---|---|

Pre Defined Comments

| | In accordance with Industrial & Commercial Employment (Standing Orders) Ordinance 1968 section 10-C payment of Bonus (1) Every employer making profit in any year shall pay [for that year within three months of the closing of] that year to the workmen who has been in his employment in that year for a continuous period of not less than ninety days a bonus. |
|---|---|
| Comments | It was noted during documents review and management interview that factory had not paid profit bonus to its employees three months after the closure of last financial year which was closed in June 2006 on the ground that they did not make any profit. Factory failed to provide supporting documents submitted to income tax department for the verification of loss incurred during the year. |
| | To conform to local law and Wal-Mart Standards for Suppliers, the factory should pay profit bonus to all its eligible employees within three months of closing of the financial year. |

| SECTION | LABOR PRACTICE - WAGES |
|---|---|

UNCLEAR WAGE SYSTEMS

| Answer | YES |
|---|---|

Pre Defined Comments

| Comments | In accordance with section 19 of the West Pakistan Minimum Wages for Unskilled Workers (Amendment) Ordinance 2001, forms of register & records (1) every employer shall maintain at the place of employment in respect of any industry for which the minimum rates of wages have been fixed under the ordinance a wage register in form I, and in accordance with Punjab |
|---|---|

# WAL*MART
# ETHICAL STANDARDS



Factories Rules, Register for Adult Workers (Section 41) para 98 (2) A register of adult workers in respect of daily attendance of the workers shall be maintained in the prescribed form M, and the attendance shall be marked every day and para 114 (2) the overtime hours of work per day and per week of and the payment therefore to, shall be correctly entered in the register required to be maintained under this rule.

It was noted that minimum and overtime wage could not be verified for the employees of cutting and stitching department due to inconsistent records of Sunday/holiday work. Production records obtained from cutting and stitching department showed that employees had worked on one Sunday and one holiday in the month of November 2006 (i.e. 11/19 & 11/09), two Sundays in the month of October 2006 (i.e. 10/15 & 10/01) and one Sunday in the month of September 2006 (i.e. 09/24) which were not recorded in employees' time records.

To conform to local law and Wal-Mart Standards for Suppliers, the factory should maintain and provide accurate payment and time records of all its employees, consistent with the production records, for compliance verification.

| SECTION | LABOR PRACTICE - WAGES |
|---|---|

NO PAY SLIPS AND/OR PAY RECORDS WITHOUT WORKER'S SIGNATURE / THUMBPRINT

| Answer | YES |
|---|---|

Pre Defined Comments

In accordance with section 19 of the West Pakistan Minimum Wages for Unskilled Workers (Amendment) Ordinance 2001, forms of register & records (1) every employer shall maintain at the place of employment in respect of any industry for which the minimum rates of wages have been fixed under the ordinance a wage register in form I which include date of payment & Para (2) every employer shall issue to the employees employed in any industry in respect of which minimum wages have been fixed a wage slip in form II.

Comments

It was noted during employees' interview and documents review that wage slip had not been issued to contract (piece rate) employees and date of payment was also not mentioned on payroll records.

To conform to local law and Wal-Mart Standards for Suppliers, the factory should issue wage slip to its contract (piece rate) employees with details of payment and mention date of payment on payroll records.

| SECTION | LABOR PRACTICE - LABOR HOURS |
|---|---|

WORKING OFF THE CLOCK

| Answer | YES |
|---|---|

Pre Defined Comments

In accordance with Punjab Factories Rules, Register for Adult Workers (Section 41) para 98 (2)
A register of adult workers in respect of daily attendance of the workers shall be maintained in the prescribed form M, and the attendance shall be marked every day and para 114 (2) the

Comments

WAL*MART

# ETHICAL STANDARDS



overtime hours of work per day and per week of and the payment therefore to, shall be correctly entered in the register required to be maintained under this rule.

It was noted that labor hours could not be verified for the employees of cutting and stitching department due to inconsistent records of Sunday/holiday work. Production records obtained from cutting and stitching department showed that employees had worked on one Sunday and one holiday in the month of November 2006 (i.e. 11/19 & 11/09), two Sundays in the month of October 2006 (i.e. 10/15 & 10/01) and one Sunday in the month of September 2006 (i.e. 09/24) which were not recorded in employees' time records.

To conform to local law and Wal-Mart Standards for Suppliers, the factory should maintain and provide accurate payment and time records of all its employees, consistent with the production records, for compliance verification.

| | |
|---|---|
| SECTION | LABOR PRACTICE - LABOR HOURS |

SEVENTH DAY REST VIOLATION

| | |
|---|---|
| Answer | YES |

Pre Defined Comments

In accordance with the Factories Act 1934 Chapter IV Restriction on working hours of adult para (35) weekly holiday, (1) no adult worker shall be allowed or required to work in a factory on a Sunday unless (a) he had or will have a holiday for a whole day on one of the three days immediately before or after that Sunday.

Comments

It was noted that weekly rest could not be verified for the employees of cutting and stitching department due to inconsistent records of Sunday/holiday work. Production records obtained from cutting and stitching department showed that employees had worked on one Sunday and one holiday in the month of November 2006 (i.e. 11/19 & 11/09), two Sundays in the month of October 2006 (i.e. 10/15 & 10/01) and one Sunday in the month of September 2006 (i.e. 09/24) which were not recorded in employees' time records.

To conform to local law and Wal-Mart Standards for Suppliers, the factory should maintain and provide accurate payment and time records of all its employees, consistent with the production records, for compliance verification.

| | |
|---|---|
| SECTION | LABOR PRACTICE - EMPLOYMENT PRACTICES |

INCOMPLETE / EXPIRED AND/OR MISSING WORKERS' CONTRACTS

| | |
|---|---|
| Answer | YES |

Pre Defined Comments

Comments

In accordance with Industrial & Commercial Employment (Standing Order) Ordinance 1968 section 2-A, terms and conditions of service to be given in writing to workman at the time of his appointment.

It was noted during employees' interview that appointment letter was not issued to employees

WAL·MART

# ETHICAL STANDARDS



|  | although a copy of appointment letter was maintained in personnel files. |
|--|--|
|  | To conform to local law and Wal-Mart Standards for Suppliers, the factory should issue |
|  | appointment letter with terms and conditions of service to all its employees. |
| SECTION | HEALTH & SAFETY - FIRE SAFETY MANAGEMENT |

INACCESSIBLE FIRE SAFETY EQUIPMENT AND/OR FIRE EXIT / FIRE SAFETY EQUIPMENT ARE NOT FREE OF OBSTRUCTION AND ACCESSIBLE

| Answer | YES |
|--|--|
| Pre Defined Comments |  |
|  | In accordance with the Factories Act 1934 Chapter III Health & Safety Section 25 Precautions in case of fire Para (8) the means of escape to be provided in case of fire and the nature and amount of fire fighting apparatus to be provided and maintained. |
| Comments | It was noted during factory tour that seven fire extinguishers were found blocked by fabric and table in stitching and checking area. |
|  | To conform to local law and Wal-Mart Standards for Suppliers, the factory should ensure that access to fire extinguishers is clear and unobstructed. |
| SECTION | HEALTH & SAFETY - FIRE SAFETY MANAGEMENT |

INADEQUATE EVACUATION PLAN POSTED OR MARKED ON FLOOR AND/OR DISPLAYED ON WALL.

| Answer | YES |
|--|--|
| Pre Defined Comments | 1 Wal-Mart Standards: Factories shall provide adequate medical facilities and ensure that all production and manufacturing processes are carried out in conditions that have proper and adequate regard for health and safety of those involved. Wal-Mart will not do business with any supplier that provides an unhealthy or hazardous work environment or utilize mental or physical disciplinary practices. |
|  | No applicable local Law. |
| Comments | It was noted during factory tour that evacuation plan was not posted in dyeing finishing department. |
|  | To conform to Wal-Mart Standards for Suppliers, the factory should post evacuation plan in dyeing finishing department. |
| SECTION | HEALTH & SAFETY - FIRE SAFETY MANAGEMENT |

INADEQUATE NUMBER OF EXIT ROUTES OR EXITS

| Answer | YES |
|--|--|
| Pre Defined Comments |  |
| Comments | In accordance with Punjab Factories Rules precautions against fire every building of more than one storey shall be provided at least two sets of stairs or steps. |
|  | It was noted during factory tour that first floor laboratory and printing area had only one set of |

WAL*MART
# ETHICAL STANDARDS



|  | stairs. |
|---|---|
|  | To conform to local law and Wal-Mart Standards for Suppliers, the factory should arrange |
|  | emergency set of stairs for laboratory and printing area on first floor. |
| SECTION | HEALTH & SAFETY - FIRE SAFETY MANAGEMENT |
| PARTIALLY BLOCKED EXIT, ROUTES, AISLES AND STAIRWELLS |  |
| Answer | YES |
| Pre Defined Comments |  |
|  | In accordance with the Factories Act 1934 Chapter III Health & Safety, Section 25 Precautions |
|  | in case of fire (6) a free passage way giving access to each means of escape in case of fire shall |
|  | be maintained for the use of all workers in every room of the factory. |
| Comments | It was noted during factory tour that passages between work area, leading to emergency exit, |
|  | were blocked by sacs of fabric and tables in stitching and finishing department. |
|  | To conform to local law and Wal-Mart Standards for Suppliers, the factory should ensure that |
|  | passages leading to emergency exit are kept clear and unobstructed during working hours. |
| SECTION | HEALTH & SAFETY - ELECTRICAL SAFETY |
| BARE WIRING, POOR INSULATION OR OPEN ELECTRICAL CONNECTIONS |  |
| Answer | YES |
| Pre Defined Comments |  |
| Comments | In accordance with Punjab Factories Rules 1978, Fencing section 26, 31 and 33-J Para 61 (1) in |
|  | every factory, all electrical circuits or part of such circuits or any object electrically connected |
|  | with them whether commonly or occasionally in an electrified condition, which by reason of |
|  | their position could cause injury to any person, shall be protected adequately, either by |
|  | non-metallic fencing or insulation or by both, in such manner as to remove danger of injury. |
|  | It was noted during factory tour that three fans were connected to main electric supply with bare |
|  | wires in stitching unit-1 and finishing unit-3. |
|  | To conform to local law and Wal-Mart Standards for Suppliers, the factory should connect all |
|  | electric items to main electric supply with proper plugs. |
| SECTION | HEALTH & SAFETY - CHEMICAL SAFETY |
| MATERIAL SAFETY DATA SHEET (MSDS) NOT AVAILABLE FOR CHEMICALS |  |
| Answer | YES |
| Pre Defined Comments | 1 Wal-Mart Standards. Factories shall provide adequate medical facilities and ensure that all |
|  | production and manufacturing processes are carried out in conditions that have proper and |
|  | adequate regard for health and safety of those involved. Wal-Mart will not do business with any |
|  | supplier that provides an unhealthy or hazardous work environment or utilize mental or physical |
|  | disciplinary practices. |
| Comments | No applicable local Law. |

WAL+MART

# ETHICAL STANDARDS



|  | It was noted during factory tour that Material Safety Data Sheet (MSDS) was not posted for chemicals used in the factory. |
|---|---|
|  | To conform to Wal-Mart Standards for Suppliers, the factory should post MSDS for all chemicals used in the factory in local language. |
| SECTION | HEALTH & SAFETY - SANITATION |

CLEAN WATER BASIN IS NOT PROVIDED WITH SOAP AND RUNNING WATER

| Answer | YES |
|---|---|
| Pre Defined Comments |  |
| Comments | In accordance with Punjab Factories Rules 1978 Provision of washing accommodation & latrine and urinals, Section 21 Para - 42 A (1) the factory should provide one wash basin for every twenty workers |
|  | It was noted during factory tour that only 32 wash basins were provided for 850 male employees. To conform to local law and Wal-Mart Standards for Suppliers, the factory should provide more wash basins for its male employees in the ratio of one for every twenty employees. |
| SECTION | HEALTH & SAFETY - EQUIPMENT SAFETY |

EQUIPMENT WITH PINCH POINTS, ROTATING PARTS, CUTTING AREAS OR OTHER DANGEROUS PARTS NOT FITTED WITH GUARDS OR OTHER PROTECTIVE DEVICES

| Answer | YES |
|---|---|
| Pre Defined Comments |  |
| Comments | In accordance with the Factories Act 1934, Chapter III, Health & Safety, Section 31, Casing of New Machinery (1) in all machinery driven by power and installed in any factory after the commencement of the Labour Laws (Amendment) Ordinance 1972 (a) every set screw, belt or key on any revolving shaft, spindle, wheel or pinion shall be so sunk, encased or otherwise effectively guarded as to prevent danger. |
|  | It was noted during factory tour that 10 out of 149 overlock machines were without needle/eye guard and one tape cutter machine was without pulley guard. |
|  | To conform to local law and Wal-Mart Standards for Suppliers, the factory should provide needle guards in overlock sewing machines and pulley guard on tape cutter machine. |
| SECTION | HEALTH & SAFETY - PERSONAL PROTECTIVE EQUIPMENT (PPE) |

NO RESPIRATORY PROTECTION AVAILABLE FOR OPERATIONS THAT EMIT DUSTS, MISTS, VAPORS OR FUMES

| Answer | YES |
|---|---|
| Pre Defined Comments | 1 Wal-Mart Standards: Factories shall provide adequate medical facilities and ensure that all production and manufacturing processes are carried out in conditions that have proper and adequate regard for health and safety of those involved. Wal-Mart will not do business with any supplier that provides an unhealthy or hazardous work environment or utilize mental or physical disciplinary practices. |

WAL·MART
# ETHICAL STANDARDS



|  | No applicable local Law. |
|---|---|
| Comments | It was noted during factory tour that overlock sewing machine operators, with lot of cut debris, were working without face mask. |
|  | To conform to Wal-Mart Standards for Suppliers, the factory should provide face mask to overlock machine operators and train the employees in the use of PPE and its necessity. |
| SECTION | HEALTH & SAFETY - ACCIDENT/MEDICAL PROGRAM/FIRST AID |
| FIRST AID EQUIPMENT NOT AVAILABLE, INADEQUATE AND/OR INACCESSIBLE | |
| Answer | YES |
| Pre Defined Comments | |
|  | In accordance with Punjab Factories Rules 1978 Appendix I Rule [94] (1) factory to maintain first aid box containing items as described in Punjab Factories Rules 1978 Appendix I which include sterilized dressings, sterilized burn dressings and supply of adhesive plaster. |
| Comments | It was noted during factory tour that first aid kits in production areas were without sterilized burn dressing and adhesive plaster, and first aid kits in stitching unit-5 and finishing unit-3 were found empty. |
|  | To conform to local law and Wal-Mart Standards for Suppliers, the factory should keep first aid kits in production areas with all essential items as per Punjab Factories Rules 1978, Appendix I, which includes among others sterilized burn dressing and adhesive plaster. |
| SECTION | ENVIRONMENT - WASTEWATER TREATMENT/DISCHARGE |
| UNTREATED SANITARY WASTEWATER DISCHARGED OTHER THAN TO SEWER OR SEPTIC SYSTEM | |
| Answer | YES |
| Pre Defined Comments | |
|  | In accordance with the Pakistan Environmental Protection Act 1997 section 11, prohibition of certain discharges or emission no person shall discharge or emit or allow the discharge or emission of any effluent or waste or air pollutant or noise in an amount concentration or level which is in excess of the National Environmental Quality Standards (NEQS). |
| Comments | It was noted that factory was discharging its effluent of dyeing and washing sections directly into general drain without any treatment. |
|  | To conform to local law and Wal-Mart Standards for Suppliers, the factory should comply with the requirements of the Environmental Protection Act and take measures to keep level of its effluent from dyeing and washing section within NEQS limits |

## Audit Level Comments

Comments

Overall Findings

In view of the findings raised, non-compliances were covered in the areas of Labor Practice - Benefits, Labor Practice -

WAL·MART

# ETHICAL STANDARDS



Wages, Labor Practice - Labor Hours, Labor Practice - Employment Practices, Health & Safety - Fire Safety Management, Health & Safety - Electrical Safety, Health & Safety - Chemical Safety, Health & Safety - Sanitation, Health & Safety - Equipment Safety, Health & Safety - Personal Protective Equipment (PPE), Health & Safety - Accidental/Medical Program/First Aid, and Environment - Waste Water Treatment/Discharge. Details of the findings are listed in the following sections. For other areas, no violation was noted.

Best Practices Observed

Nil

Monitors Note

Nil

Communicated Findings With

Mr. Lt. Col. (R) Khalid Mansur - Manager P & A & System Management

Receptivity of Supplier and Manufacturer

The factory management showed a positive attitude to this audit during the whole process. Locked areas encountered during the audit were unlocked timely. At the end of the audit, all the findings were accepted by the factory management

**EXHIBIT  C**

# ETHICAL STANDARDS



| **Request Info** | | | | **Scheduling** | | | |
|---|---|---|---|---|---|---|---|
| Request Nbr | 139597 | Factory Id | 28062861 | Sched Date | 4/4/2007 GP Office | | |
| | | | | Audit Firm | ITS | Primary Auditor | ITS |
| Importer of Rec | USA SUPPLIER | Supplier Id | 28055507 | Actual Auditor | | Secondary Auditor | ITS |
| Retail Market | WAL-MART STORES INC. USA | Requestor Type | System | | | | |
| Audit_type | UNANNOUNCED | Request Status | Audit Date Confirmed by 3rd Party | | | | |

| **Supplier Details** | | | | **Future PO Count** | |
|---|---|---|---|---|---|
| Name | BLUE MARLIN CORP | Phone | | Supplier/Factory | 0 |
| Address | PO BOX 79 | Email | | Future Factory PO Count | 0 |
| City | MEMPHIS TN | Fax | | | |
| State/Prov | TN | Contact | | | |
| Country | UNITED STATES | | | | |

| **Factory Details** | | **Factory Details** | |
|---|---|---|---|
| **English** | | **Local Language** | |
| Name | EJAZ DYEING AND FINISHING MILLS | Name | EJAZ DYEING AND FINISHING MILLS |
| Address | 34/E, MAIN GULBERG III | Address | |
| City | LAHORE | City | |
| State/Prov | | State/Prov | |
| Country | PAKISTAN | Country | PAKISTAN |
| Phone | 92-42-111-699-699 | | |
| Fax | | | |
| Email | | | |
| Contact | | | |
| Importer of Record | USA SUPPLIER | | |

**Violations**

| SECTION | LABOR PRACTICE - BENEFITS |
|---|---|
| FAILURE TO PROVIDE LEGAL BENEFITS WITH NON-MONETARY VALUE | |
| Answer | YES |
| Pre Defined Comments | |
| Comments | Initial Audit (November 25th, 2006)<br>1. In accordance with Employees Old Age Benefits Act 1976 & Social Security Ordinance 1965 |

# ETHICAL STANDARDS



employer shall make contribution to such schemes for providing social benefits to its workers, and chapter-l of Employees Old Age Benefits Act 1976 section-1 point-(4)(i) wherein ten or more persons are employed by the employer directly or through any other person whether on behalf of himself or any other person or were so employed on any day during the preceding twelve months.

It was noted during documents review that factory was providing Employees Old Age Benefits to 161 employees and Social Security to 89 employees out of 1150 employees.
To conform to local law and Wal-Mart Standards for Suppliers, the factory should provide Employees Old Age Benefits and Social Security to all its eligible employees.

2. In accordance with the Industrial & Commercial Employment (Standing Orders) Ordinance, section 10-B, (1) the employer shall have all the permanent workmen employed by him insured against [natural death and disability and] death and injury arising out of contingencies not covered by the Workmen's compensation Act, 1923 or the Employee's Social Security Ordinance.

It was noted during documents review and management interview that employees were not covered by group insurance policy.
To conform to local law and Wal-Mart Standards for Suppliers, the factory should provide group insurance to its eligible employees.

First Follow-up Audit (April 4th, 2007)
It was noted during the follow-up audit that factory was providing Social Security benefits to all eligible employees.

However, factory still have to take corrective actions on the following:

1. In accordance with Employees Old Age Benefits Act 1976, employer shall make contribution to such schemes for providing social benefits to its workers, and chapter-l of Employees Old Age Benefits Act 1976 section-1 point-(4)(i) wherein ten or more persons are employed by the employer directly or through any other person whether on behalf of himself or any other person or were so employed on any day during the preceding twelve months.

It was noted during documents review that factory was providing Employees Old Age Benefits to 333 out of 450 employees.
To conform to local law and Wal-Mart Standards for Suppliers, the factory should provide Employees Old Age Benefits to all its eligible employees.

2. In accordance with the Industrial & Commercial Employment (Standing Orders) Ordinance, section 10-B, (1) the employer shall have all the permanent workmen employed by him insured against [natural death and disability and] death and injury arising out of contingencies not covered by the Workmen's compensation Act, 1923 or the Employee's Social Security Ordinance.

# ETHICAL STANDARDS



It was noted during documents review and management interview that employees were not covered by group insurance policy.

To conform to local law and Wal-Mart Standards for Suppliers, the factory should provide group insurance to its eligible employees.

| | |
|---|---|
| SECTION | LABOR PRACTICE - BENEFITS |

FAILURE TO PROVIDE LEGAL BENEFITS WITH MONETARY VALUE

| | |
|---|---|
| Answer | YES |
| Pre Defined Comments | |

Initial Audit (November 25th, 2006)

In accordance with Industrial & Commercial Employment (Standing Orders) Ordinance 1968 section 10-C payment of Bonus (1) Every employer making profit in any year shall pay [for that year within three months of the closing of] that year to the workmen who has been in his employment in that year for a continuous period of not less than ninety days a bonus.

It was noted during documents review and management interview that factory had not paid profit bonus to its employees three months after the closure of last financial year which was closed in June 2006 on the ground that they did not make any profit. Factory failed to provide supporting documents submitted to income tax department for the verification of loss incurred during the year

To conform to local law and Wal-Mart Standards for Suppliers, the factory should pay profit bonus to all its eligible employees within three months of closing of the financial year.

| | |
|---|---|
| Comments | First Follow-up Audit (April 4th, 2007) |

The factory has not taken corrective action.

In accordance with Industrial & Commercial Employment (Standing Orders) Ordinance 1968 section 10-C payment of Bonus (1) Every employer making profit in any year shall pay [for that year within three months of the closing of] that year to the workmen who has been in his employment in that year for a continuous period of not less than ninety days a bonus.

It was noted during documents review and management interview that factory had not paid profit bonus to its employees three months after the closure of last financial year which was closed in June 2006 on the ground that they did not make any profit. Factory failed to provide supporting documents submitted to income tax department for the verification of loss incurred during the year.

To conform to local law and Wal-Mart Standards for Suppliers, the factory should pay profit bonus to all its eligible employees within three months of closing of the financial year.

| | |
|---|---|
| SECTION | LABOR PRACTICE - WAGES |

UNCLEAR WAGE SYSTEMS

| | |
|---|---|
| Answer | YES |
| Pre Defined Comments | |

# **ETHICAL STANDARDS**



Initial Audit (November 25th, 2006)

In accordance with section 19 of the West Pakistan Minimum Wages for Unskilled Workers (Amendment) Ordinance 2001, forms of register & records (1) every employer shall maintain at the place of employment in respect of any industry for which the minimum rates of wages have been fixed under the ordinance a wage register in form I, and in accordance with Punjab Factories Rules, Register for Adult Workers (Section 41) para 98 (2) A register of adult workers in respect of daily attendance of the workers shall be maintained in the prescribed form M, and the attendance shall be marked every day and para 114 (2) the overtime hours of work per day and per week of and the payment therefore to, shall be correctly entered in the register required to be maintained under this rule. In accordance with Finance Bill 2006, the Government in this year Budget also made an amendment increasing the Minimum Wages for Unskilled Workers from Rs. 3000 to Rs. 4000.

It was noted that minimum and overtime wage could not be verified for the employees of cutting and stitching department due to inconsistent records of Sunday/holiday work. Production records obtained from cutting and stitching department showed that employees had worked on one Sunday and one holiday in the month of November 2006 (i.e. 11/19 & 11/09), two Sundays in the month of October 2006 (i.e. 10/15 & 10/01) and one Sunday in the month of September 2006 (i.e. 09/24) which were not recorded in employees' time records.

To conform to local law and Wal-Mart Standards for Suppliers, the factory should maintain and provide accurate payment and time records of all its employees, consistent with the production

Comments

records, for compliance verification.

First Follow-up Audit (April 4th, 2007)

The factory has not taken corrective action.

In accordance with section 19 of the West Pakistan Minimum Wages for Unskilled Workers (Amendment) Ordinance 2001, forms of register & records (1) every employer shall maintain at the place of employment in respect of any industry for which the minimum rates of wages have been fixed under the ordinance a wage register in form I, and in accordance with Punjab Factories Rules, Register for Adult Workers (Section 41) para 98 (2) A register of adult workers in respect of daily attendance of the workers shall be maintained in the prescribed form M, and the attendance shall be marked every day and para 114 (2) the overtime hours of work per day and per week of and the payment therefore to, shall be correctly entered in the register required to be maintained under this rule. In accordance with Finance Bill 2006, the Government in this year Budget also made an amendment increasing the Minimum Wages for Unskilled Workers from Rs. 3000 to Rs. 4000.

It was noted that minimum and overtime wage could not be verified for the employees of cutting and fabric checking department due to inconsistent records of Sunday/holiday work. Production records obtained from cutting department showed that 2 out of 25 selected samples had worked on one Sunday in the month of January 2007 (i.e. 01/28) whereas their time record reflected that no work was performed on this rest day. Similarly, fabric checking report showed that 2 out of

# ETHICAL STANDARDS



25 selected samples had worked on one holiday and one Sunday in the month of March 2007 (i.e. 03/23 & 03/25) which were not recorded in employees' time records.

To conform to local law and Wal-Mart Standards for Suppliers, the factory should maintain and provide accurate payment and time records of all its employees, consistent with the production records, for compliance verification.[ ]

SECTION        LABOR PRACTICE - WAGES

NO PAY SLIPS AND/OR PAY RECORDS WITHOUT WORKER'S SIGNATURE / THUMBPRINT

Answer        NO

Pre Defined Comments

Initial Audit (November 25th, 2006)

In accordance with section 19 of the West Pakistan Minimum Wages for Unskilled Workers (Amendment) Ordinance 2001, forms of register & records (1) every employer shall maintain at the place of employment in respect of any industry for which the minimum rates of wages have been fixed under the ordinance a wage register in form I which include date of payment & Para (2) every employer shall issue to the employees employed in any industry in respect of which minimum wages have been fixed a wage slip in form II.

Comments

It was noted during employees' interview and documents review that wage slip had not been issued to contract (piece rate) employees and date of payment was also not mentioned on payroll records.

To conform to local law and Wal-Mart Standards for Suppliers, the factory should issue wage slip to its contract (piece rate) employees with details of payment and mention date of payment on payroll records.

First Follow-up Audit (April 4th, 2007)

It was noted during the follow-up audit that factory had issued wage slip to all its employees and date of payment was also mentioned on payroll records. Factory does not employ contractual employees any more.[ ]

SECTION        LABOR PRACTICE - LABOR HOURS

WORKING OFF THE CLOCK

Answer        YES

Pre Defined Comments

Initial Audit (November 25th, 2006)

In accordance with section 19 of the West Pakistan Minimum Wages for Unskilled Workers (Amendment) Ordinance 2001, forms of register & records (1) every employer shall maintain at the place of employment in respect of any industry for which the minimum rates of wages have

Comments

been fixed under the ordinance a wage register in form I, and in accordance with Punjab Factories Rules, Register for Adult Workers (Section 41) para 98 (2) A register of adult workers in respect of daily attendance of the workers shall be maintained in the prescribed form M, and the attendance shall be marked every day and para 114 (2) the overtime hours of work per day

# ETHICAL STANDARDS



and per week of and the payment therefore to, shall be correctly entered in the register required to be maintained under this rule. In accordance with Punjab Factories, no worker shall be employed in any factory for more than sixty hours in any week.

It was noted that labor hours could not be verified for the employees of cutting and stitching department due to inconsistent records of Sunday/holiday work. Production records obtained from cutting and stitching department showed that employees had worked on one Sunday and one holiday in the month of November 2006 (i.e. 11/19 & 11/09), two Sundays in the month of October 2006 (i.e. 10/15 & 10/01) and one Sunday in the month of September 2006 (i.e. 09/24) which were not recorded in employees' time records.

To conform to local law and Wal-Mart Standards for Suppliers, the factory should maintain and provide accurate payment and time records of all its employees, consistent with the production records, for compliance verification.

First Follow-up Audit (April 4th, 2007)
The factory has not taken corrective action.

In accordance with section 19 of the West Pakistan Minimum Wages for Unskilled Workers (Amendment) Ordinance 2001, forms of register & records (1) every employer shall maintain at the place of employment in respect of any industry for which the minimum rates of wages have been fixed under the ordinance a wage register in form I, and in accordance with Punjab Factories Rules, Register for Adult Workers (Section 41) para 98 (2) A register of adult workers in respect of daily attendance of the workers shall be maintained in the prescribed form M, and the attendance shall be marked every day and para 114 (2) the overtime hours of work per day and per week of and the payment therefore to, shall be correctly entered in the register required to be maintained under this rule. In accordance with Punjab Factories, no worker shall be employed in any factory for more than sixty hours in any week.

It was noted that labor hours could not be verified for the employees of cutting and fabric checking department due to inconsistent records of Sunday/holiday work. Production records obtained from cutting department showed that 2 out of 25 selected samples had worked on one Sunday in the month of January 2007 (i.e. 01/28) whereas their time record reflected that no work was performed on this rest day. Similarly, fabric checking report showed that 2 out of 25 selected samples had worked on one holiday and one Sunday in the month of March 2007 (i.e. 03/23 & 03/25) which were not recorded in employees' time records.

To conform to local law and Wal-Mart Standards for Suppliers, the factory should maintain and provide accurate payment and time records of all its employees, consistent with the production records, for compliance verification.| |

SECTION                    LABOR PRACTICE - LABOR HOURS

SEVENTH DAY REST VIOLATION

Answer                     YES

Pre Defined Comments

# **ETHICAL STANDARDS**



Initial Audit (November 25th, 2006)

In accordance with section 19 of the West Pakistan Minimum Wages for Unskilled Workers
(Amendment) Ordinance 2001, forms of register & records (1) every employer shall maintain at
the place of employment in respect of any industry for which the minimum rates of wages have
been fixed under the ordinance a wage register in form I, and in accordance with Punjab
Factories Rules, Register for Adult Workers (Section 41) para 98 (2) A register of adult workers
in respect of daily attendance of the workers shall be maintained in the prescribed form M, and
the attendance shall be marked every day and para 114 (2) the overtime hours of work per day
and per week of and the payment therefore to, shall be correctly entered in the register required
to be maintained under this rule. In accordance with the Factories Act 1934 Chapter IV
Restriction on working hours of adult para (35) weekly holiday, (1) no adult worker shall be
allowed or required to work in a factory on a Sunday unless (a) he had or will have a holiday for
a whole day on one of the three days immediately before or after that Sunday.
It was noted that weekly rest day could not be verified for the employees of cutting and stitching
department due to inconsistent records of Sunday/holiday work. Production records obtained
from cutting and stitching department showed that employees had worked on one Sunday and
one holiday in the month of November 2006 (i.e. 11/19 & 11/09), two Sundays in the month of
October 2006 (i.e. 10/15 & 10/01) and one Sunday in the month of September 2006 (i.e. 09/24)
which were not recorded in employees' time records.

Comments

To conform to local law and Wal-Mart Standards for Suppliers, the factory should maintain and
provide accurate payment and time records of all its employees, consistent with the production
records, for compliance verification.

First Follow-up Audit (April 4th, 2007)
The factory has not taken corrective action.

In accordance with section 19 of the West Pakistan Minimum Wages for Unskilled Workers
(Amendment) Ordinance 2001, forms of register & records (1) every employer shall maintain at
the place of employment in respect of any industry for which the minimum rates of wages have
been fixed under the ordinance a wage register in form I, and in accordance with Punjab
Factories Rules, Register for Adult Workers (Section 41) para 98 (2) A register of adult workers
in respect of daily attendance of the workers shall be maintained in the prescribed form M, and
the attendance shall be marked every day and para 114 (2) the overtime hours of work per day
and per week of and the payment therefore to, shall be correctly entered in the register required
to be maintained under this rule. In accordance with the Factories Act 1934 Chapter IV
Restriction on working hours of adult para (35) weekly holiday, (1) no adult worker shall be
allowed or required to work in a factory on a Sunday unless (a) he had or will have a holiday for
a whole day on one of the three days immediately before or after that Sunday.
It was noted that weekly rest day could not be verified for the employees of cutting and fabric
checking department due to inconsistent records of Sunday/holiday work. Production records
obtained from cutting department showed that 2 out of 25 selected samples had worked on one

# **ETHICAL STANDARDS**



Sunday in the month of January 2007 (i.e. 01/28) whereas their time record reflected that no

work was performed on this rest day. Similarly, fabric checking report showed that 2 out of 25

selected samples had worked on one holiday and one Sunday in the month of March 2007 (i.e.

03/23 & 03/25) which were not recorded in employees' time records.

To conform to local law and Wal-Mart Standards for Suppliers, the factory should maintain and

provide accurate payment and time records of all its employees, consistent with the production

records, for compliance verification.

SECTION                            LABOR PRACTICE - EMPLOYMENT PRACTICES

INCOMPLETE / EXPIRED AND/OR MISSING WORKERS' CONTRACTS

Answer                             YES

Pre Defined Comments

                                   Initial Audit (November 25th, 2006)

                                   In accordance with Industrial & Commercial Employment (Standing Order) Ordinance 1968

                                   section 2-A, terms and conditions of service to be given in writing to workman at the time of his

                                   appointment.

                                   It was noted during employees' interview that appointment letter was not issued to employees

                                   although a copy of appointment letter was maintained in personnel files.

                                   To conform to local law and Wal-Mart Standards for Suppliers, the factory should issue

                                   appointment letter with terms and conditions of service to all its employees.

Comments                           First Follow-up Audit (April 4th, 2007)

                                   The factory has not taken corrective action.

                                   In accordance with Industrial & Commercial Employment (Standing Order) Ordinance 1968

                                   section 2-A, terms and conditions of service to be given in writing to workman at the time of his

                                   appointment.

                                   It was noted during employees' interview that appointment letter was not issued to employees

                                   although a copy of appointment letter was maintained in personnel files.

                                   To conform to local law and Wal-Mart Standards for Suppliers, the factory should issue

                                   appointment letter with terms and conditions of service to all its employees.

SECTION                            HEALTH & SAFETY - FIRE SAFETY MANAGEMENT

INACCESSIBLE FIRE SAFETY EQUIPMENT AND/OR FIRE EXIT / FIRE SAFETY EQUIPMENT ARE NOT FREE OF

OBSTRUCTION AND ACCESSIBLE

Answer                             YES

Pre Defined Comments

                                   Initial Audit (November 25th, 2006)

Comments                           In accordance with the Factories Act 1934 Chapter III Health & Safety Section 25 Precautions in

                                   case of fire Para (8) the means of escape to be provided in case of fire and the nature and amount

                                   of fire fighting apparatus to be provided and maintained.

# ETHICAL STANDARDS



It was noted during factory tour that seven fire extinguishers were found blocked by fabric and table in stitching and checking area

To conform to local law and Wal-Mart Standards for Suppliers, the factory should ensure that access to fire extinguishers is clear and unobstructed.

First Follow-up Audit (April 4th, 2007)

The factory has not taken corrective action.

In accordance with the Factories Act 1934 Chapter III Health & Safety Section 25 Precautions in case of fire Para (8) the means of escape to be provided in case of fire and the nature and amount of fire fighting apparatus to be provided and maintained.

It was noted during factory tour that five fire extinguishers were found blocked by fixed tables and cartons in stitching, finishing and sample room.

To conform to local law and Wal-Mart Standards for Suppliers, the factory should ensure that access to fire extinguishers is clear and unobstructed. [ ]

| SECTION | HEALTH & SAFETY - FIRE SAFETY MANAGEMENT |
|---|---|

INADEQUATE EVACUATION PLAN POSTED OR MARKED ON FLOOR AND/OR DISPLAYED ON WALL

| Answer | NO |
|---|---|
| Pre Defined Comments | 1 Wal-Mart Standards: Factories shall provide adequate medical facilities and ensure that all production and manufacturing processes are carried out in conditions that have proper and adequate regard for health and safety of those involved. Wal-Mart will not do business with any supplier that provides an unhealthy or hazardous work environment or utilize mental or physical disciplinary practices. |
| Comments | Initial Audit (November 25th, 2006) |
| | No applicable local Law. |
| | It was noted during factory tour that evacuation plan was not posted in dyeing finishing department. |
| | To conform to Wal-Mart Standards for Suppliers, the factory should post evacuation plan in dyeing finishing department. |
| | First Follow-up Audit (April 4th, 2007) |
| | It was noted during the follow-up audit that factory has posted evacuation plan in dyeing finishing department. [ ] |

| SECTION | HEALTH & SAFETY - FIRE SAFETY MANAGEMENT |
|---|---|

INADEQUATE NUMBER OF EXIT ROUTES OR EXITS

| Answer | YES |
|---|---|
| Pre Defined Comments | |
| Comments | Initial Audit (November 25th, 2006) |
| | In accordance with Punjab Factories Rules precautions against fire every building of more than |

# ETHICAL STANDARDS



one storey shall be provided at least two sets of stairs or steps.

It was noted during factory tour that first floor laboratory and printing area had only one set of stairs.

To conform to local law and Wal-Mart Standards for Suppliers, the factory should arrange emergency set of stairs for laboratory and printing area on first floor.

First Follow-up Audit (April 4th, 2007)

The factory has not taken corrective action.

In accordance with Punjab Factories Rules precautions against fire every building of more than one storey shall be provided at least two sets of stairs or steps.

It was noted during factory tour that first floor laboratory and printing area had only one set of stairs.

To conform to local law and Wal-Mart Standards for Suppliers, the factory should arrange emergency set of stairs for laboratory and printing area on first floor. | |

| SECTION | HEALTH & SAFETY - FIRE SAFETY MANAGEMENT |

PARTIALLY BLOCKED EXIT, ROUTES, AISLES AND STAIRWELLS

| Answer | YES |

Pre Defined Comments

Initial Audit (November 25th, 2006)

In accordance with the Factories Act 1934 Chapter III Health & Safety, Section 25 Precautions in case of fire (6) a free passage way giving access to each means of escape in case of fire shall be maintained for the use of all workers in every room of the factory.

It was noted during factory tour that passages between work area, leading to emergency exit, were blocked by sacs of fabric and tables in stitching and finishing department.

To conform to local law and Wal-Mart Standards for Suppliers, the factory should ensure that passages leading to emergency exit are kept clear and unobstructed during working hours.

| Comments | First Follow-up Audit (April 4th, 2007) |

The factory has not taken corrective action.

In accordance with the Factories Act 1934 Chapter III Health & Safety, Section 25 Precautions in case of fire (6) a free passage way giving access to each means of escape in case of fire shall be maintained for the use of all workers in every room of the factory.

It was noted during factory tour that passages between work area, leading to emergency exit, were blocked by sacs of fabric in stitching department.

To conform to local law and Wal-Mart Standards for Suppliers, the factory should ensure that passages leading to emergency exit are kept clear and unobstructed during working hours. | |

| SECTION | HEALTH & SAFETY - ELECTRICAL SAFETY |

BARE WIRING, POOR INSULATION OR OPEN ELECTRICAL CONNECTIONS

# ETHICAL STANDARDS



| Answer | NO |
| --- | --- |
| Pre Defined Comments | |
| | Initial Audit (November 25th, 2006) |
| | In accordance with Punjab Factories Rules 1978, Fencing section 26, 31 and 33-J Para 61 (1) in |
| | every factory, all electrical circuits or part of such circuits or any object electrically connected |
| | with them whether commonly or occasionally in an electrified condition, which by reason of |
| | their position could cause injury to any person, shall be protected adequately, either by |
| | non-metallic fencing or insulation or by both, in such manner as to remove danger of injury. |
| Comments | It was noted during factory tour that three fans were connected to main electric supply with bare |
| | wires in stitching unit-1 and finishing unit-3. |
| | To conform to local law and Wal-Mart Standards for Suppliers, the factory should connect all |
| | electric items to main electric supply with proper plugs. |
| | |
| | First Follow-up Audit (April 4th, 2007) |
| | It was noted during the follow-up audit that all electric items were connected to main electric |
| | supply with proper plugs. |
| SECTION | HEALTH & SAFETY - CHEMICAL SAFETY |

MATERIAL SAFETY DATA SHEET (MSDS) NOT AVAILABLE FOR CHEMICALS

| Answer | YES |
| --- | --- |
| | 1 Wal-Mart Standards: Factories shall provide adequate medical facilities and ensure that all |
| | production and manufacturing processes are carried out in conditions that have proper and |
| Pre Defined Comments | adequate regard for health and safety of those involved. Wal-Mart will not do business with any |
| | supplier that provides an unhealthy or hazardous work environment or utilize mental or physical |
| | disciplinary practices. |
| | Initial Audit (November 25th, 2006) |
| | No applicable local Law. |
| | It was noted during factory tour that Material Safety Data Sheet (MSDS) was not posted for |
| | chemicals used in the factory. |
| | To conform to Wal-Mart Standards for Suppliers, the factory should post MSDS for all |
| | chemicals used in the factory in local language. |
| | |
| Comments | First Follow-up Audit (April 4th, 2007) |
| | The factory has taken corrective action partially. |
| | |
| | No applicable local Law. |
| | It was noted during factory tour that Material Safety Data Sheet (MSDS) was not posted for |
| | chemical used in finishing area. However, MSDS for chemicals used in dyeing department were |
| | posted. |
| | To conform to Wal-Mart Standards for Suppliers, the factory should post MSDS for all chemical |
| | used in finishing area in local language. |

# ETHICAL STANDARDS



| SECTION | HEALTH & SAFETY - SANITATION |
|---|---|

CLEAN WATER BASIN IS NOT PROVIDED WITH SOAP AND RUNNING WATER

| Answer | NO |
|---|---|

Pre Defined Comments

Initial Audit (November 25th, 2006)

In accordance with Punjab Factories Rules 1978 Provision of washing accommodation & latrine and urinals, Section 21 Para - 42 A (1) the factory should provide one wash basin for every twenty workers.

It was noted during factory tour that only 32 wash basins were provided for 850 male employees.

Comments    To conform to local law and Wal-Mart Standards for Suppliers, the factory should provide more wash basins for its male employees in the ratio of one for every twenty employees.

First Follow-up Audit (April 4th, 2007)

It was noted during the follow-up audit that factory has reduced its employees strength and the number of wash basins is now sufficient for the work force operating at the facility.

| SECTION | HEALTH & SAFETY - EQUIPMENT SAFETY |
|---|---|

EQUIPMENT WITH PINCH POINTS, ROTATING PARTS, CUTTING AREAS OR OTHER DANGEROUS PARTS NOT FITTED WITH GUARDS OR OTHER PROTECTIVE DEVICES

| Answer | YES |
|---|---|

Pre Defined Comments

Initial Audit (November 25th, 2006)

In accordance with the Factories Act 1934, Chapter III, Health & Safety, Section 31, Casing of New Machinery (1) in all machinery driven by power and installed in any factory after the commencement of the Labour Laws (Amendment) Ordinance 1972 (a) every set screw, belt or key on any revolving shaft, spindle, wheel or pinion shall be so sunk, encased or otherwise effectively guarded as to prevent danger.

It was noted during factory tour that 10 out of 149 overlock machines were without needle/eye guard and one tape cutter machine was without pulley guard.

To conform to local law and Wal-Mart Standards for Suppliers, the factory should provide

Comments    needle guards in overlock sewing machines and pulley guard on tape cutter machine.

First Follow-up Audit (April 4th, 2007)

The factory has not taken corrective action.

In accordance with the Factories Act 1934, Chapter III, Health & Safety, Section 31, Casing of New Machinery (1) in all machinery driven by power and installed in any factory after the commencement of the Labour Laws (Amendment) Ordinance 1972 (a) every set screw, belt or key on any revolving shaft, spindle, wheel or pinion shall be so sunk, encased or otherwise effectively guarded as to prevent danger.

# ETHICAL STANDARDS



|  | It was noted during factory tour that 8 out of 149 overlock machines were without needle/eye guard although tape cutter machines were provided with pulley guards. |
|  | To conform to local law and Wal-Mart Standards for Suppliers, the factory should provide needle guards in overlock sewing machines which are without such protective device.' ' |
| SECTION | HEALTH & SAFETY - PERSONAL PROTECTIVE EQUIPMENT (PPE) |

NO RESPIRATORY PROTECTION AVAILABLE FOR OPERATIONS THAT EMIT DUSTS, MISTS, VAPORS OR FUMES

| Answer | YES |
| Pre Defined Comments | 1 Wal-Mart Standards: Factories shall provide adequate medical facilities and ensure that all production and manufacturing processes are carried out in conditions that have proper and adequate regard for health and safety of those involved. Wal-Mart will not do business with any supplier that provides an unhealthy or hazardous work environment or utilize mental or physical disciplinary practices. |
|  | Initial Audit (November 25th, 2006) |
|  | No applicable local Law. |
|  | It was noted during factory tour that overlock sewing machine operators, with lot of cut debris, were working without face mask. |
|  | To conform to Wal-Mart Standards for Suppliers, the factory should provide face mask to overlock machine operators and train the employees in the use of PPE and its necessity. |
| Comments | First Follow-up Audit (April 4th, 2007) |
|  | The factory has not taken corrective action. |
|  | No applicable local Law. |
|  | It was noted during factory tour that overlock sewing machine operators, with lot of cut debris, were working without face mask. |
|  | To conform to Wal-Mart Standards for Suppliers, the factory should provide face mask to overlock machine operators and train the employees in the use of PPE and its necessity.' ' |
| SECTION | HEALTH & SAFETY - ACCIDENT/MEDICAL PROGRAM/FIRST AID |

FIRST AID EQUIPMENT NOT AVAILABLE, INADEQUATE AND/OR INACCESSIBLE

| Answer | NO |
| Pre Defined Comments |  |
|  | Initial Audit (November 25th, 2006) |
|  | In accordance with Punjab Factories Rules 1978 Appendix I Rule [94] (1) factory to maintain first aid box containing items as described in Punjab Factories Rules 1978 Appendix I which include sterilized dressings, sterilized burn dressings and supply of adhesive plaster. |
| Comments | It was noted during factory tour that first aid kits in production areas were without sterilized burn dressing and adhesive plaster, and first aid kits in stitching unit-5 and finishing unit-3 were found empty. |
|  | To conform to local law and Wal-Mart Standards for Suppliers, the factory should keep first aid |

# **ETHICAL STANDARDS**



|  |  |
|---|---|
|  | kits in production areas with all essential items as per Punjab Factories Rules 1978, Appendix I, which includes among others sterilized burn dressing and adhesive plaster. |
|  | First Follow-up Audit (April 4th, 2007) |
|  | It was noted during the follow-up audit that factory had maintained first aid boxes in production areas with all essential items as per Punjab Factories Rules 1978 Appendix-I.I: |
| SECTION | ENVIRONMENT - WASTEWATER TREATMENT/DISCHARGE |
| OTHER |  |
| Answer | YES |
| Pre Defined Comments |  |
|  | Initial Audit (November 25th, 2006) |
|  | In accordance with the Pakistan Environmental Protection Act 1997 section 11, prohibition of certain discharges or emission no person shall discharge or emit or allow the discharge or emission of any effluent or waste or air pollutant or noise in an amount concentration or level which is in excess of the National Environmental Quality Standards (NEQS). |
|  | It was noted that factory was discharging its effluent of dyeing and washing sections directly into general drain without any treatment. |
|  | To conform to local law and Wal-Mart Standards for Suppliers, the factory should comply with the requirements of the Environmental Protection Act and take measures to keep level of its effluent from dyeing and washing section within NEQS limits |
| Comments | First Follow-up Audit (April 4th, 2007) |
|  | The factory has not taken corrective action. |
|  | In accordance with the Pakistan Environmental Protection Act 1997 section 11, prohibition of certain discharges or emission no person shall discharge or emit or allow the discharge or emission of any effluent or waste or air pollutant or noise in an amount concentration or level which is in excess of the National Environmental Quality Standards (NEQS). |
|  | It was noted that factory was discharging its effluent of dyeing and washing sections directly into general drain without any treatment. |
|  | To conform to local law and Wal-Mart Standards for Suppliers, the factory should comply with the requirements of the Environmental Protection Act and take measures to keep level of its effluent from dyeing and washing section within NEQS limits.I: |

## **Audit Level Comments**

Comments

Overall Findings

In view of the findings raised, non-compliances were covered in the areas of Labor Practice - Benefits, Labor Practice - Wages, Labor Practice - Labor Hours, Labor Practice - Employment Practices, Health & Safety - Fire Safety Management , Health & Safety - Chemical Safety, Health & Safety - Equipment Safety, Health & Safety - Personal Protective Equipment

# ETHICAL STANDARDS



(PPE), and Environment - Waste Water Treatment/Discharge. Details of the findings are listed in the following sections. For other area s, no violation was noted.

Best Practices Observed
Nil

Monitors Note
Nil

Recommended Corrective Action:

It is recommended that management adopt practices and controls which will ensure the following:

1. The factory should provide grou p insurance to its eligible employees.

2. The factory should provide Employees Old Age Benefits to all its eligible employees.

3. The factory should pay bonus to its eligible employees every year.

4. The factory should m aintain and provide accurate pa yment and time records of all its workers, consistent with the production records, for proper verification of wages and working hours.

5. The factory should provide employees one day off for every seven day period.

6. The factory should issue a copy of appointment letter with terms and conditions of service to employees.

7. The factory should ensure that access to all fire extinguishers is clear and unobstructed.

8. The factory should provide emergency set of stairs for laboratory and printing area on first floor.

9. The factory should ensure passages leading to emergency exit are kept clear during working hours.

10. The factory should post MSDS for chemical used in finishing area in local language.

11. The factory should provide eye/needle guards in overlock sewing machines which are without such protective device.

12. The factory should provide face mask to overlock sewing machine operators.

13. The factory should take effective measure to keep level of its effluent discharged from dyeing and w ashing department within NEQS limits.

Communicated Findings With

Mr. Umer Farooq Barlas - Deputy Manager HR & System

Receptivity of Supplier and Manufacturer

The factory management showed a positive attitude to this audit during the whole proc ess. Locked areas encountered during the audit were unlocked timely. At the end of the audit, all the findin gs were accepted by the factory management.

# ETHICAL STANDARDS

