United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BLUE MARLIN, CORP.,

    Plaintiff,

v.

EJAZ DYEING AND FINISHING MILLS (PVT) LTD.,

    Defendant.
_____/

No. C-07-03994 (EDL)

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

It is HEREBY ORDERED that the November 6, 2007 Case Management Conference is continued to December 4, 2007 at 10:00 a.m., as Plaintiff has not yet served defendant. Plaintiff is reminded that Federal Rule of Procedure 4(m) requires it to serve the summons and complaint upon defendant within 120 days after the filing of the complaint. Case management conference statements are due on November 27, 2007, per the previously filed standing orders.

IT IS SO ORDERED.

Dated: November 1, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge