S O M M E R S . L A W . G R O U P

November 29, 2007

MAGISTRATE JUDGE ELIZABETH D. LAPORTE
United States District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor, Courtroom E
San Francisco, CA 94102

Re:   Blue Marlin Corp. v. EJAZ Dying and Finishing Mills C-07-03994 EDL
      Plaintiff Requests Continuance of December 4, 2007 Case Mngmnt. Conf.

Dear Judge Laporte,

The above-titled case is scheduled for a case management conference at 10:00 a.m. on December 4, 2007. Plaintiff has yet to serve Defendant, who resides in Pakistan. In light of this, Plaintiff does not feel that a case management conference would be fruitful at this time, and requests a continuance. Plaintiff is grateful for the Court's patience in this matter.

Sincerely,

Jacob Sider
Sommers Law Group
Attorneys for Plaintiff Blue Marlin Corp.

STEPHEN A. SOMMERS, ESQ.
JACOB W. SIDER, ESQ.
* * *
EMPLOYMENT LAW
GENERAL LITIGATION

THE FLOOD BUILDING
870 MARKET STREET, SUITE 1142
SAN FRANCISCO, CALIFORNIA 94102
TEL (415) 839-8569 I FAX (415) 956-0878
WWW.SOMMERSLAW.COM