IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE MARLIN CORP., | No. C-07-03994 EDL |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING A DEADLINE FOR SERVICE** |
| v. | |
| EJAZ DYEING AND FINISHING MILLS (PVT) LTD., | |
| Defendant. | |

On November 29, 2007, Plaintiff requested a continuance of the initial case management conference scheduled for December 4, 2007 on the grounds that Defendant had not yet been served. Good cause appearing, the case management conference is continued to January 22, 2007. A joint case management conference statement shall be filed no later than January 15, 2007. The deadline for service of the summons and complaint shall be December 21, 2007, absent a showing of good cause for additional time.

**IT IS SO ORDERED.**

Dated: December 3, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge