SOMMERS LAW GROUP
STEPHEN A. SOMMERS, SBN 225742
870 Market Street, Ste. 1142
San Francisco, CA 94102
(415) 839-8569 (Tel)
(415) 956-0878 (Fax)
ssommers@sommerslaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE MARLIN CORP., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>EJAZ DYEING & FINISHING MILLS (PVT) LTD., a business organization, form unknown; MATRIX SOURCING, a business organization, form unknown; ABBAS HUSSAIN, an individual; AZFAR HASAN; an individual; NADEEM SAIGOL; an individual; Does 1 through 25 inclusive<br><br>Defendants. | Case No.:<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Blue Marlin Corp. hereby dismisses the complaint in its entirety against all defendants without prejudice. Plaintiff files this dismissal as a matter of right on the ground that none of the defendants have not served or filed an answer to the action.

Date: January 17, 2008

SOMMERS LAW GROUP

Respectfully submitted,

STEPHEN A. SOMMERS
Attorney for Plaintiff